IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,　　　　　　　　　　No. CIV S-99-2166 LKK DAD P

    vs.

EDDIE YLST, Warden, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

    Plaintiff has requested leave to file an amended complaint in this case. On May 18, 2000, this action was dismissed for failure to state any claim upon which relief can be granted. The Ninth Circuit Court of Appeals dismissed plaintiff's appeal on November 9, 2000.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2006 request for leave to file an amended complaint is denied, and no orders will issue in response to future documents improperly filed in this closed case

DATED: February 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
thom2166.58